UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAHEEM RASHEED ABUBARDAR,     )
    Plaintiff,     )
         )
          v.     )
         )     CIVIL ACTION NO. 12-10731-JLT
         )
MAURA S. DOYLE, ET AL.,     )
    Defendants.     )

MEMORANDUM AND ORDER

TAURO, D.J.

BACKGROUND

On April 20, 2012, Plaintiff Raheem Rasheed Abubardar ("Abubardar"), a prisoner at

MCI Norfolk, filed a self-prepared civil rights Complaint. On May 7, 2012, this Court issued a

Memorandum and Order (Docket No. 4) granting Abubardar's Motion for Leave to Proceed *in

forma pauperis* and directing him to show cause within 35 days (*i.e.,* by June 12, 2012) why this

action should not be dismissed. Abubardar was also directed to file an Amended Complaint

setting forth plausible claims pursuant to Rule 8 of the Federal Rules of Civil Procedure.

To date, Abubardar has failed to comply with the directives of this Court to show cause

and to file an Amended Complaint.

Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 4), and

for the failure of Abubardar to comply with the directives contained therein, it is hereby Ordered

that the above-captioned matter is <u>DISMISSED</u> in its entirety.

SO ORDERED.

                /s/ Joseph L. Tauro
                JOSEPH L. TAURO
                UNITED STATES DISTRICT JUDGE
DATED: June 18, 2012